Dawn L. Davis, Esq.
Nevada Bar No. 13229
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: ddavis@swlaw.com

Phil Busman, Esq. *(pro hac vice)*
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, D.C., 20001
Telephone: 404-322-6000
Email: phil.busman@nelsonmullins.com

Elizabeth Falconer, Esq. *(pro hac vice)*
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th St. NW, Suite 1700
Atlanta, Georgia 30363
Telephone: 404-322-6000
Email: elizabeth.falconer@nelsonmullins.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WHANGI MICHELLE BERRIAN, <br><br> Plaintiff, <br><br> v. <br><br> C. R. BARD, INC. and BARD PERIPHERAL VASCULAR INC., <br><br> Defendants. | Case No. 2:23-cv-01491-JCM-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc. (collectively, "Defendants") and Plaintiff Whangi Michelle Berrian ("Plaintiff") stipulate to extend the remaining discovery deadlines by 90 days pursuant to LR IA 6-1 and LR 26-3. This is the parties' first stipulation for extension of time to take discovery.

**I.   Discovery completed to date.**

   **A.   Initial disclosures**

The parties exchanged their initial disclosures on February 1, 2024.

**B.     Fact Sheets**

The parties produced discovery responses in the form of the agreed upon fact sheets on March 7, 2024 (Plaintiff Fact Sheet) and April 8, 2024 (Defendant Fact Sheet). (*See* Doc. 23 at 3.)

**C.     Depositions**

Defendants deposed the plaintiff on July 16, 2024.

**II.    Remaining discovery.**

Defendants intend to depose plaintiff's treating providers, and the parties have been working diligently to schedule the implanting physician's deposition.

**III.   Reasons that the remaining discovery will not be completed within the time limits set by the discovery plan.**

The parties have worked very cooperatively with each other to complete the necessary discovery remaining in this matter. Nevertheless, it has taken an unusually long time to obtain plaintiff's medical records, which in turn has delayed the Defendants' ability to depose her treating providers. Good cause exists for the requested extension to allow sufficient time to complete the treatment provider depositions.

**IV.    Proposed schedule for completing remaining discovery.**

| Deadline | Current Date | Proposed New Date |
| --- | --- | --- |
| Fact Discovery Cutoff | August 15, 2024 | **November 13, 2024** |
| Plaintiff's Initial Expert Disclosures | September 2, 2024 | **December 2, 2024** |
| Defendants' Initial Expert Disclosures | October 15, 2024 | **January 14, 2025** |
| Case-Specific Experts Deposed on Case-Specific Reports | November 15, 2024 | **February 14, 2025** |
| Expert Discovery Cutoff | November 15, 2024 | **February 14, 2025** |
| Dispositive Motions | December 16, 2024 | **March 19, 2025** |

**IT IS SO STIPULATED.**

Date: July 18, 2024                                                      Date: July 18, 2024


SNELL & WILMER L.L.P.                                          WETHERALL GROUP, LTD.

By: */s/ Dawn Davis*                                                By:*/s/ Thomas Arbon*
Dawn L. Davis, Esq.                                                   Peter C. Wetherall, Esq.
Nevada Bar No. 13229                                              Nevada Bar No. 4414
3883 Howard Hughes Parkway, Suite 1100      2580 St. Rose Pkwy., Ste. 330
Las Vegas, Nevada 89169                                       Henderson, Nevada 89074

Phil Busman, Esq. *(pro hac vice)*                         Ben C. Martin, Esq. *(pro hac vice)*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**      Thomas W. Arbon, Esq. *(pro hac vice)*
101 Constitution Avenue, Suite 900                     **BEN MARTIN LAW GROUP**
Washington, D.C., 20001                                         3141 Hood Street, Ste. 600
                                                                                      Dallas, Texas 75219

Elizabeth Falconer, Esq. *(pro hac vice)*               *Attorneys for Plaintiff*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Atlantic Station
201 17th St. NW, Suite 1700
Atlanta, Georgia 30363

**ORDER**

**IT IS SO ORDERED.**

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: July 18, 2024

4896-1103-9693