Peter C. Wetherall, Esq.
Nevada Bar No. 004414
**WETHERALL GROUP, LTD.**
2580 St. Rose Pkwy., Ste. 330
Henderson, NV 89074
T: (702) 838-8500
F: (702) 837-5081
pwetherall@wetherallgroup.com

Ben C. Martin, Esq. *(pro hac vice)*
Texas Bar No. 13052400
**BEN MARTIN LAW GROUP**
bmartin@bencmartin.com
Thomas Wm. Arbon *(pro hac vice)*
Texas Bar No. 01284275
tarbon@bencmartin.com
3141 Hood Street, Suite 600
Dallas, TX 75219
T: (214) 761-6614
F: (214) 744-7590

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WHANGI MICHELLE BERRIAN, | CASE NO. 2:23-cv-01491-JCM-EJY |
| *Plaintiff,* | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | |
| C. R. BARD, INC., et al., | |
| *Defendants*. | |

      Plaintiff Whangi Michelle Berrian ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc. (collectively, "Defendants") stipulate to a short extension of the remaining

1

discovery deadlines pursuant to LR IA 6-1 and LR 26-3. This is the parties' third stipulation for extension of time to take discovery.

**I.      Discovery completed to date.**

**A.      Initial disclosures**

The parties exchanged their initial disclosures on February 1, 2024.

**B.      Fact Sheets**

The parties produced discovery responses in the form of the agreed upon fact sheets on March 7, 2024 (Plaintiff Fact Sheet) and April 8, 2024 (Defendant Fact Sheet). (*See* Doc. 23 at 3.)

**C.      Depositions**

Defendants deposed the plaintiff on July 16, 2024, but reserved the right to reconvene plaintiff's deposition following her testimony disclosing that she filed a disability claim in relation to the subject device and had an upcoming doctor's appointment to evaluate the retained fractured struts from the subject device. Defendants deposed the implanting physician on September 24, 2024.

**II.      Remaining discovery.**

Defendants have obtained plaintiff's up-to-date medical records and disability file and intend to reconvene the Plaintiff's deposition. Plaintiff's counsel is in the process of providing dates when the Plaintiff and her attorneys are available. In addition, the parties are trying to schedule the deposition of Plaintiff's treating cardiologist and the parties intend to depose expert witnesses and exchange expert disclosures.

**III.      Reasons that the remaining discovery will not be completed within the time limits set by the discovery plan.**

The parties have worked very cooperatively with each other to complete the necessary discovery remaining in this matter. Nevertheless, it took an unusually long time to obtain plaintiff's up-to-date

medical records and the disability file, which in turn delayed the Defendants' ability to depose her treating providers and to reconvene her deposition.

In addition, the parties have agreed to mediate this case, and mediation is scheduled for March 14, 2025. The parties believe extending the expert disclosure dates will help facilitate the mediation process.

Good cause therefore exists for the requested extensions.

### IV. Proposed schedule for completing remaining discovery.

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Cutoff | February 11, 2025 | April 11, 2025 |
| Plaintiff's Initial Expert Disclosures | March 3, 2025 | March 17, 2025 |
| Defendants' Initial Expert Disclosures | April 15, 2025 | April 29, 2025 |
| Case-Specific Experts Deposed on Case-Specific Reports | May 15, 2024 | May 29, 2024 |
| Expert Discovery Cutoff | May 15, 2024 | May 29, 2024 |
| Dispositive Motions | June 17, 2025 | July 1, 2025 |

**IT IS SO STIPULATED.**

Date: February 27, 2025.

SNELL & WILMER L.L.P.

By: /s/ Dawn L. Davis (with permission)
Dawn L. Davis, Esq.
Nevada Bar No. 13229
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

Date: February 27, 2025.

WETHERALL GROUP, LTD.

By: /s/ Peter C. Wetherall
Peter C. Wetherall, Esq.
Nevada Bar No. 4414
2580 St. Rose Pkwy., Ste. 330
Henderson, Nevada 89074

| | |
|---|---|
| Phil Busman, Esq. *(pro hac vice)* <br> **NELSON MULLINS RILEY & SCARBOROUGH LLP** <br> 101 Constitution Avenue, Suite 900 <br> Washington, D.C., 20001 <br><br> Elizabeth Falconer, Esq. *(pro hac vice)* <br> **NELSON MULLINS RILEY & SCARBOROUGH LLP** <br> Atlantic Station <br> 201 17th St. NW, Suite 1700 <br> Atlanta, Georgia 30363 <br><br> *Attorneys for Defendants* | Ben C. Martin, Esq. *(pro hac vice)* <br> Thomas W. Arbon, Esq. *(pro hac vice)* <br> **BEN MARTIN LAW GROUP** <br> 3141 Hood Street, Ste. 600 <br> Dallas, Texas 75219 <br><br> *Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 28, 2025

4