Dawn L. Davis, Esq.
Nevada Bar No. 13229
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: ddavis@swlaw.com

Phil Busman, Esq. *(pro hac vice)*
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, D.C., 20001
Telephone: 404-322-6000
Email: phil.busman@nelsonmullins.com

Elizabeth Falconer, Esq. *(pro hac vice)*
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th St. NW, Suite 1700
Atlanta, Georgia 30363
Telephone: 404-322-6000
Email: elizabeth.falconer@nelsonmullins.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WHANGI MICHELLE BERRIAN,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR INC.,<br><br>Defendants. | Case No. 2:23-cv-01491-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc. (collectively, "Defendants") and Plaintiff Whangi Michelle Berrian ("Plaintiff") stipulate to extend the remaining discovery deadlines by 60 days pursuant to LR IA 6-1 and LR 26-3. This is the parties' fifth stipulation for extension of time to take discovery.

**I.    Discovery completed to date.**

   **A.    Initial disclosures**

The parties exchanged their initial disclosures on February 1, 2024.

**B.   Fact Sheets**

The parties produced discovery responses in the form of the agreed upon fact sheets on March 7, 2024 (Plaintiff Fact Sheet) and April 8, 2024 (Defendant Fact Sheet). (*See* Doc. 23 at 3.)

**C.   Depositions**

Defendants deposed the plaintiff on July 16, 2024, but reserved the right to reconvene plaintiff's deposition following her testimony disclosing that she filed a disability claim in relation to the subject device and had an upcoming doctor's appointment to evaluate the retained fractured struts from the subject device. Defendants deposed the implanting physician on September 24, 2024.

**II.   Remaining discovery.**

Defendants' expert disclosures and the depositions of Plaintiff's experts and Defendants' experts need to be completed. Additionally, the updated deposition of Plaintiff needs to be taken, as well as her treating cardiologist.

**III.   Reasons that the remaining discovery will not be completed within the time limits set by the discovery plan.**

The parties participated in a formal mediation conference on March 14, 2025 and have remained in active negotiations since then. The parties are confident that this matter can be resolved and wish to continue negotiating without incurring additional expenses relating to experts, expert depositions and the remaining two fact depositions. The parties have worked very cooperatively with each other to complete the necessary discovery remaining in this matter. In the event the parties are unable to reach a settlement, they are requesting an additional 60 days to complete the remaining discovery.

**IV.   Proposed schedule for completing remaining discovery.**

| Deadline | Current Date | Proposed New Date |
| --- | --- | --- |
| Fact Discovery Cutoff | May 11, 2025 | **July 10, 2025** |
| Plaintiff's Initial Expert Disclosures | Completed | **NA** |
| Defendants' Initial Expert Disclosures | May 29, 2025 | **July 28, 2025** |

- 2 -

| Case-Specific Experts Deposed on Case-Specific Reports | June 29, 2025 | **August 28, 2025** |
|---|---|---|
| Expert Discovery Cutoff | June 29, 2025 | **August 28, 2025** |
| Dispositive Motions | August 1, 2025 | **September 30, 2025** |

**IT IS SO STIPULATED.**

Date: May 21, 2025                                           Date: May 21, 2025


SNELL & WILMER L.L.P.                                  WETHERALL GROUP, LTD.

By: /s/ *Philip M. Busman*_____          By: /s/ *Thomas W. Arbon*_____
Dawn L. Davis, Esq.                                    (signed with permission)
Nevada Bar No. 13229                                   Peter C. Wetherall, Esq.
3883 Howard Hughes Parkway, Suite 1100                 Nevada Bar No. 4414
Las Vegas, Nevada 89169                                2580 St. Rose Pkwy., Ste. 330
                                                       Henderson, Nevada 89074
Phil Busman, Esq. *(pro hac vice)*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**             Ben C. Martin, Esq. *(pro hac vice)*
101 Constitution Avenue, Suite 900                     Thomas W. Arbon, Esq. *(pro hac vice)*
Washington, D.C., 20001                                **BEN MARTIN LAW GROUP**
                                                       3141 Hood Street, Ste. 600
Elizabeth Falconer, Esq. *(pro hac vice)*              Dallas, Texas 75219
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Atlantic Station                                       *Attorneys for Plaintiff*
201 17th St. NW, Suite 1700
Atlanta, Georgia 30363


**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 21, 2025

- 3 -