Dawn L. Davis, Esq.
Nevada Bar No. 13229
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: ddavis@swlaw.com

Phil Busman, Esq. *(pro hac vice)*
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, Suite 900
Washington, D.C., 20001
Telephone: 404-322-6000
Email: phil.busman@nelsonmullins.com

Elizabeth Falconer, Esq. *(pro hac vice)*
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th St. NW, Suite 1700
Atlanta, Georgia 30363
Telephone: 404-322-6000
Email: elizabeth.falconer@nelsonmullins.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WHANGI MICHELLE BERRIAN,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR INC.,<br><br>Defendants. | Case No. 2:23-cv-01491-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc. (collectively, "Defendants") and Plaintiff Whangi Michelle Berrian ("Plaintiff") stipulate to extend the remaining discovery deadlines by 90 days pursuant to LR IA 6-1 and LR 26-3. This is the parties' sixth stipulation for extension of time to take discovery.

**I.    Discovery completed to date.**

   **A.    Initial disclosures**

The parties exchanged their initial disclosures on February 1, 2024.

**B.     Fact Sheets**

The parties produced discovery responses in the form of the agreed upon fact sheets on March 7, 2024 (Plaintiff Fact Sheet) and April 8, 2024 (Defendant Fact Sheet). (*See* Doc. 23 at 3.)

**C.     Depositions**

Defendants deposed the plaintiff on July 16, 2024, but reserved the right to reconvene plaintiff's deposition following her testimony disclosing that she filed a disability claim in relation to the subject device and had an upcoming doctor's appointment to evaluate the retained fractured struts from the subject device. Defendants deposed the implanting physician on September 24, 2024.

**II.     Remaining discovery.**

Defendants' expert disclosures and the depositions of Plaintiff's experts and Defendants' experts need to be completed. Additionally, the updated deposition of Plaintiff needs to be taken. The parties have worked cooperatively with each other to complete the necessary discovery remaining in this matter.

**III.    Reasons that the remaining discovery will not be completed within the time limits set by the discovery plan.**

The parties participated in a formal mediation conference on March 14, 2025 and have remained in active negotiations since then. The parties are confident that this matter can be resolved and wish to continue negotiating without incurring additional expenses relating to experts, expert depositions and the remaining depositions. However, the Plaintiff has recently been referred to UCLA for a surgical evaluation directly related to the alleged injuries and product in this case. The consultation is scheduled for July 16, 2025. Plaintiff feels that she needs the evaluation in order to make a decision on a settlement. The parties are optimistic that a settlement can be agreed upon following the consultation. However, in the event the Plaintiff proceeds with surgery or if the parties are unable to complete a settlement, they are requesting an additional 90 days to complete the remaining discovery. Defendants need to schedule the Plaintiff's updated deposition following the consultation and will need time to obtain and review the records prior to the deposition. Further, Defendants' experts will need those records in order to complete their analysis and reports.

Proposed schedule for completing remaining discovery.

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Cutoff | July 10, 2025 | **October 8, 2025** |
| Plaintiff's Initial Expert Disclosures | Completed | **NA** |
| Defendants' Initial Expert Disclosures | July 28, 2025 | **October 27, 2025** |
| Case-Specific Experts Deposed on Case-Specific Reports | August 28, 2025 | **November 26, 2025** |
| Expert Discovery Cutoff | August 28, 2025 | **November 26, 2025** |
| Dispositive Motions | September 30, 2025 | **December 22, 2025** |

**IT IS SO STIPULATED.**

Date: July 3, 2025                                                    Date: July 3, 2025

SNELL & WILMER L.L.P.                                      WETHERALL GROUP, LTD.

By: /s/ *Philip M. Busman*_____     By: /s/ *Thomas W. Arbon*_____
Dawn L. Davis, Esq.                                               (signed with permission)
Nevada Bar No. 13229                                           Peter C. Wetherall, Esq.
3883 Howard Hughes Parkway, Suite 1100       Nevada Bar No. 4414
Las Vegas, Nevada 89169                                     2580 St. Rose Pkwy., Ste. 330
                                                                              Henderson, Nevada 89074
Philip M. Busman, Esq. *(pro hac vice)*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**    Ben C. Martin, Esq. *(pro hac vice)*
101 Constitution Avenue, Suite 900                  Thomas W. Arbon, Esq. *(pro hac vice)*
Washington, D.C., 20001                                     **BEN MARTIN LAW GROUP**
                                                                              3141 Hood Street, Ste. 600
Elizabeth Falconer, Esq. *(pro hac vice)*            Dallas, Texas 75219
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Atlantic Station                                                    *Attorneys for Plaintiff*
201 17th St. NW, Suite 1700
Atlanta, Georgia 30363

*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 3, 2025