1  Dawn L. Davis, Esq.
   Nevada Bar No. 13229
2  SNELL & WILMER L.L.P.
   1700 S. Pavilion Center Drive, Suite 700
3  Las Vegas, Nevada 89135
   Telephone: 702.784.5200
4  Facsimile: 702.784.5252
   Email: ddavis@swlaw.com

5
   Phil Busman, Esq. *(pro hac vice)*
6  NELSON MULLINS RILEY & SCARBOROUGH LLP
   101 Constitution Avenue, Suite 900
7  Washington, D.C., 20001
   Telephone: 404-322-6000
8  Email: phil.busman@nelsonmullins.com

9  Elizabeth Falconer, Esq. *(pro hac vice)*
   NELSON MULLINS RILEY & SCARBOROUGH LLP
10 Atlantic Station
   201 17th St. NW, Suite 1700
11 Atlanta, Georgia 30363
   Telephone: 404-322-6000
12 Email: elizabeth.falconer@nelsonmullins.com

13 *Counsel for Defendants*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| WHANGI MICHELLE BERRIAN, | Case No. 2:23-cv-01491-JCM-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that the above-captioned case be dismissed, with prejudice, with each party to bear its own costs.

IT IS SO STIPULATED.

Date: November 19, 2025                                  Date: November 19, 2025

SNELL & WILMER L.L.P.                                   WETHERALL GROUP, LTD.

By: /s/ *Dawn L. Davis*                                 By: /s/ *Thomas W. Arbon*
Dawn L. Davis, Esq.                                     (signed with permission)
Nevada Bar No. 13229                                    Peter C. Wetherall, Esq.
1700 S. Pavilion Center Drive, Suite 700                Nevada Bar No. 4414
Las Vegas, Nevada 89135                                 2580 St. Rose Pkwy., Ste. 330
                                                        Henderson, Nevada 89074
Philip M. Busman, Esq. *(pro hac vice)*
NELSON MULLINS RILEY & SCARBOROUGH LLP                  Ben C. Martin, Esq. *(pro hac vice)*
101 Constitution Avenue, Suite 900                      Thomas W. Arbon, Esq. *(pro hac vice)*
Washington, D.C., 20001                                 BEN MARTIN LAW GROUP
                                                        3141 Hood Street, Ste. 600
Elizabeth Falconer, Esq. *(pro hac vice)*               Dallas, Texas 75219
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station                                        *Attorneys for Plaintiff*
201 17th St. NW, Suite 1700
Atlanta, Georgia 30363

*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

November 21, 2025
_____

4915-0652-7099